**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-4566**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TONY LAVERN EDWARDS,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-02-374)

—————————

Submitted: January 30, 2004          Decided: February 13, 2004

—————————

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Louis C. Allen, III, Federal Public Defender, William S. Trivette, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Lavern Edwards appeals his convictions and sentence following his guilty plea to violations of 21 U.S.C. § 841 (2000), 18 U.S.C. § 922(g)(1) (2000), and 18 U.S.C. § 924(a)(2) (2000). Edwards's attorney has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Although counsel states there are no meritorious issues for appeal, he argues the district court abused its discretion by sentencing Edwards to an excessive sentence of 130 months' imprisonment. Although informed of his right to do so, Edwards did not file a pro se supplemental brief. Counsel also filed a motion for leave to withdraw from representation, and Edwards filed a motion for substitution of counsel. In accordance with Anders, we have considered the brief and examined the entire record for meritorious issues. Finding no error, we affirm.

It is well-settled that a sentence within the properly calculated sentencing guidelines range is not appealable. United States v. Jones, 18 F.3d 1145, 1151 (4th Cir. 1994) (holding § 3742(a) precludes a criminal defendant from seeking review of court's sentence anywhere within properly calculated sentencing range); 18 U.S.C. § 3742(a) (2000). Because Edwards's 130-month sentence falls within the properly calculated guidelines range of 120 to 150 months' imprisonment, it is not reviewable on appeal.

In accordance with <u>Anders</u>, we have reviewed the entire record in this case, including the Fed. R. Crim. P. 11 and sentencing transcripts, and have found no meritorious issues for appeal. We therefore affirm Edwards's convictions and sentence. We deny the motions to withdraw and for substitution of counsel at this time. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court to withdraw from representation at that time. Counsel's motion must state that a copy thereof was served on Edwards.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>